UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD L. GOODRIDGE SR.,<br><br>Defendant,<br><br>and<br><br>STILLAGUAMISH TRIBE OF INDIANS,<br><br>Garnishee | NO. MC12-0080-JLR<br><br>ORDER DENYING CLAIM FOR EXEMPTION |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the governing law, and the balance of the record, hereby ORDERS as follows:

(1) The Report and Recommendation is ADOPTED and APPROVED;

(2) This claim for exemption (Dkt. 8) is DENIED; and

//

//

//

ORDER - 1

(3)   The Clerk of the Court is directed to send copies of this Order to Defendant, and to the Honorable James P. Donohue.

DATED this 3rd day of Aug, 2012.

*[signature]*
JAMES L. ROBART
United States District Judge

ORDER - 2