1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MC12-0080-JLR |
| Plaintiff, | |
| v. | ORDER DENYING CLAIM FOR EXEMPTION |
| EDWARD L. GOODRIDGE SR., | |
| Defendant, | |
| and | |
| STILLAGUAMISH TRIBE OF INDIANS, | |
| Garnishee | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the governing law, and the balance of the record, hereby ORDERS as follows:

(1)    The Report and Recommendation is ADOPTED and APPROVED;

(2)    This claim for exemption (Dkt. 8) is DENIED; and

//

//

//

ORDER - 1

1

2    (3)    The Clerk of the Court is directed to send copies of this Order to Defendant, and

3           to the Honorable James P. Donohue.

            DATED this 3RD day of  Aug   , 2012.

4

5

6                                    JAMES L. ROBART
                                     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2